# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES HOWARD COBB, II AND
MARLA SCHAFFER COBB,
INDIVIDUALLY AND ON BEHALF
OF THEIR DECEASED MINOR SON,
JAMES BURKE COBB, AND ON
BEHALF OF THEIR MINOR
CHILDREN, SCHAFFER LEE COBB
AND DALLAS CASON COBB

VERSUS

ASCENSION PARISH SCHOOL
BOARD, PATRICE PUJOL,
DUTCHTOWN HIGH SCHOOL, EDITH
WALKER, RONNIE HARPER, COACH
BENNY SAIA, COACH PATRICK
HILL AND ABC INSURANCE
COMPANY

NO.   2023 CW 0128

**APRIL 19, 2023**

---

In Re:   Ascension   Parish   School   Board,   applying   for
supervisory   writs,   23rd   Judicial   District   Court,
Parish of Ascension, No. 106435.

---

**BEFORE:   McCLENDON, WOLFE, AND GREENE, JJ.**

**WRIT DENIED.**

PMC
EW
HG

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT